1  GLENN D. POMERANTZ (State Bar No. 112503)
   Glenn.Pomerantz@mto.com
2  JONATHAN E. ALTMAN (State Bar No. 170607)
   Jonathan.Altman@mto.com
3  CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
4  Carolyn.Luedtke@mto.com
   PETER E. GRATZINGER (State Bar No. 228764)
5  Peter.Gratzinger@mto.com
   MUNGER, TOLLES & OLSON LLP
6  355 South Grand Avenue
   Thirty-Fifth Floor
7  Los Angeles, CA  90071-1560
   Telephone:  (213) 683-9100
8  Facsimile:  (213) 687-3702

9  Attorneys for Defendants
   AMERICAN BROADCASTING COMPANIES, INC.,
10 THE WALT DISNEY COMPANY, DISNEY
   ENTERPRISES, INC., ABC, INC., DISNEY/ABC
11 TELEVISION GROUP, KEEP CALM AND CARRY
   ON PRODUCTIONS, INC.

12
   Devin A. McRae, State Bar No. 223239
13 dmcrae@earlysullivan.com
   Christopher I. Ritter, State Bar No. 143473
14 critter@earlysullivan.com
   EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
15 6420 Wilshire Blvd., 17th Floor
   Los Angeles, California 90048
16 Telephone: (323) 301-4660
   Facsimile: (323) 301-4676

17
   ATTORNEYS FOR DEFENDANTS KENNY ROSEN,
18 CORIE HENSON, AND MICHAEL O'SULLIVAN

19              UNITED STATES DISTRICT COURT

20              CENTRAL DISTRICT OF CALIFORNIA

21                    WESTERN DIVISION

| | |
|---|---|
| CBS Broadcasting, Inc., | CASE NO. 2:12-CV-04073 GAF(JEMx) |
| Plaintiff, | DEFENDANTS' STATEMENT IN RESPONSE TO APPLICATION TO SEAL |
| vs. | |
| American Broadcasting Companies, Inc., et al., | |
| Defendants. | |

DEFENDANTS' STATEMENT IN
RESPONSE TO APPLICATION TO SEAL

1  Defendants do not oppose CBS's Application to Seal, because now is
2  not the time to address the merits of CBS's trade secret claim.  If and when CBS
3  files a motion for preliminary injunction, Defendants will show that the information
4  contained in the May 15, 2012 letter that CBS belatedly seeks to seal is not a trade
5  secret.  Defendants will show that the so-called "trade secrets" in the May 15, 2012
6  letter are generally understood principles related to reality show production and/or
7  information about *Big Brother* that is readily apparent from watching the television
8  show, taking a behind the scenes tour, or reading about the show on the internet.
9  This is consistent with CBS's original approach to the letter, which was not to mark
10 it as confidential and not to hold it back until Defendants responded to CBS's
11 request (in the May 15 letter) to clarify which in-house counsel would have access
12 to any confidential materials that would be under the parties' agreement.  Indeed,
13 the fact that CBS filed its letter in the public record, and only sought to place it
14 under seal days later after defense counsel had shared the publicly filed letter with
15 Defendants and after Defendants pointed out to CBS that the public filing was at
16 odds with any alleged concerns about "trade secrets," speaks volumes about the
17 merits of CBS's claim of secrecy.

DEFENDANTS' STATEMENT IN
RESPONSE TO APPLICATION TO SEAL            -1-

| | | |
|---|---|---|
| 1 | DATED: May 21, 2012 | Munger, Tolles & Olson LLP |
| 2 | | GLENN D. POMERANTZ |
| 3 | | JONATHAN E. ALTMAN<br>CAROLYN HOECKER LUEDTKE |
| 4 | | PETER E. GRATZINGER |

By: _____/s/Carolyn Hoecker Luedtke_____
CAROLYN HOECKER LUEDTKE

Attorneys for Defendants

AMERICAN BROADCASTING COMPANIES, INC., THE WALT DISNEY COMPANY, DISNEY ENTERPRISES, INC., ABC, INC., DPA DISNEY/ABC TELEVISION GROUP, KEEP CALM AND CARRY ON PRODUCTIONS, INC.

DATED: May 21, 2012         Early Sullivan Wright Gizer & McRae LLP

DEVIN A. MCRAE

By: _____/s/ Devin A. McRae_____
DEVIN A. MCRAE

Attorneys for Defendants

ATTORNEYS FOR DEFENDANTS KENNY ROSEN, CORIE HENSON, AND MICHAEL O'SULLIVAN

DEFENDANTS' STATEMENT IN RESPONSE TO APPLICATION TO SEAL         - 2 -