# EXHIBIT A

# HIGHLY CONFIDENTIAL DOCUMENT

# SEPARATELY FILED UNDER SEAL