1   GLENN D. POMERANTZ (State Bar No. 112503)
    Glenn.Pomerantz@mto.com
2   JONATHAN E. ALTMAN (State Bar No. 170607)
    Jonathan.Altman@mto.com
3   CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
    Carolyn.Luedtke@mto.com
4   PETER E. GRATZINGER (State Bar No. 228764)
    Peter.Gratzinger@mto.com
5   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue
6   Thirty-Fifth Floor
    Los Angeles, CA  90071-1560
7   Telephone:  (213) 683-9100
    Facsimile:   (213) 687-3702
8
    Attorneys for Defendants
9   AMERICAN BROADCASTING COMPANIES, INC., THE
    WALT DISNEY COMPANY, DISNEY ENTERPRISES,
10  INC., ABC, INC., DISNEY/ABC TELEVISION GROUP,
    KEEP CALM AND CARRY ON PRODUCTIONS, INC.
11
    Devin A. McRae, State Bar No. 223239
12  dmcrae@earlysullivan.com
    Christopher I. Ritter, State Bar No. 143473
13  critter@earlysullivan.com
    EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
14  6420 Wilshire Blvd., 17th Floor
    Los Angeles, California 90048
15  Telephone: (323) 301-4660
    Facsimile: (323) 301-4676
16
    ATTORNEYS FOR DEFENDANTS KENNY ROSEN,
17  CORIE HENSON, AND MICHAEL O'SULLIVAN

18                    UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA
19
                          WESTERN DIVISION

20   CBS Broadcasting, Inc.,                  CASE NO.  2:12-CV-04073 GAF (JEMx)

21              Plaintiff,                    NOTICE OF LODGING OF HARD
                                              DRIVE WITH *BIG BROTHER* SEASON
22        vs.                                 13, EXHIBIT 1 TO DEFENDANTS'
                                              REQUEST FOR JUDICIAL NOTICE IN
23   American Broadcasting Companies,         SUPPORT OF DEFENDANTS'
     Inc., et al.,                            MOTION TO DISMISS
24
                Defendants.                   Hearing
25                                            Date:      July 30, 2012
                                              Time:      9:30 a.m.
26                                            Place:     Roybal, Ctrm 740
                                              Judge:     Hon. Gary A. Feess
27

28

1  DATED: July 2, 2012                    Munger, Tolles & Olson LLP
2                                             GLENN D. POMERANTZ
                                             JONATHAN E. ALTMAN
3                                            CAROLYN HOECKER LUEDTKE
                                             PETER E. GRATZINGER
4

5                                         By: _/s/Jonathan E. Altman_____
                                                 JONATHAN E. ALTMAN
6
                                          Attorneys for Defendants
7                                         AMERICAN BROADCASTING
                                          COMPANIES, INC., THE WALT
8                                         DISNEY COMPANY, DISNEY
                                          ENTERPRISES, INC., ABC, INC., DPA
9                                         DISNEY/ABC TELEVISION GROUP,
                                          KEEP CALM AND CARRY ON
10                                        PRODUCTIONS, INC.

11

12                                        By: _/s/Devin A. McCrae_____
                                                 DEVIN A. MCRAE
13
                                          Attorneys for Defendants
14
                                          ATTORNEYS FOR DEFENDANTS
15                                        KENNY ROSEN, CORIE HENSON,
                                          AND MICHAEL O'SULLIVAN
16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF LODGING
CASE NO. 2:12-CV-04073