# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CBS Broadcasting Inc., | CASE NO. 2:12-CV-04073-GAF-JEM |
| Plaintiff, | **ORDER REGARDING JOINT STIPULATION REGARDING EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT AND RESPONSE THERETO** |
| v. | |
| American Broadcasting Companies Inc., et al., | |
| Defendants. | |

Good cause having been shown in the Parties' stipulation, the Court hereby GRANTS the Joint Stipulation Regarding Extension of Time to File First Amended Complaint and ORDERS as follows:

1. The deadline for Plaintiff CBS Broadcasting Inc. to file its First Amended Complaint is extended to July 30, 2012.

//

//

//

//

//

1   2.   The deadline for Defendants to file their response(s) to CBS's First
2  Amended Complaint is extended to August 20, 2012.
3   The Motion to Dismiss set for hearing on July 30, 2012 is VACATED.
4  **IT IS SO ORDERED**

6  DATED:   July 19, 2012
   _____
7   The Hon. Gary A. Feess
   United States District Judge