Scott A. Edelman, SBN 116927
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CBS Broadcasting Inc.<br><br>PLAINTIFF(S)<br>v.<br>American Broadcasting Companies, Inc., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:12-CV-04073-GAF-JEMx<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

FIRST AMENDED COMPLAINT; CBS'S APPLICATION TO FILE APPENDIX A TO ITS FIRST AMENDED COMPLAINT UNDER SEAL; APPENDIX A TO FIRST AMENDED COMPLAINT; [PROPOSED] ORDER GRANTING APPLICATION TO FILE APPENDIX A TO FIRST AMENDED COMPLAINT UNDER SEAL

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
- ☑ Other  Amended Complaint and Appendix thereto; Sealing Application and Proposed Order

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☑ Manual Filing required ( *reason* ):
  Claims-initiating documents per Local Rule 3-2

| | |
|---|---|
| July 30, 2012 | Scott A. Edelman |
| Date | Attorney Name |
| | CBS Broadcasting Inc. |
| | Party Represented |

*Note:*  File one Notice of Manual Filing in each case, each time you manually file document(s).