1  SCOTT A. EDELMAN, SBN 116927
   SEdelman@gibsondunn.com
2  MICHAEL W. SEITZ, SBN 271136
   MSeitz@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   2029 Century Park East
4  Los Angeles, CA  90067-3026
   Telephone:  310.552.8500
5  Facsimile:   310.551.8741

6  Attorneys for Plaintiff,
   CBS BROADCASTING INC.
7
   GLENN D. POMERANTZ (State Bar No. 112503)
8  Glenn.Pomerantz@mto.com
   JONATHAN E. ALTMAN (State Bar No. 170607)
9  Jonathan.Altman@mto.com
   CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
10 Carolyn.Luedtke@mto.com
   PETER E. GRATZINGER (State Bar No. 228764)
11 Peter.Gratzinger@mto.com
   MUNGER, TOLLES & OLSON LLP
12 355 South Grand Avenue
   Thirty-Fifth Floor
13 Los Angeles, CA  90071-1560
   Telephone:  (213) 683-9100
14 Facsimile:   (213) 687-3702

15 Attorneys for Defendants
   AMERICAN BROADCASTING COMPANIES,
16 INC., THE WALT DISNEY COMPANY, DISNEY ENTERPRISES, INC., ABC,
   INC., dba DISNEY/ABC TELEVISION GROUP, KEEP CALM AND CARRY ON
17 PRODUCTIONS, INC.

18

19                    UNITED STATES DISTRICT COURT

20                   CENTRAL DISTRICT OF CALIFORNIA

21                          WESTERN DIVISION

22 | CBS Broadcasting Inc.,                | CASE NO. 2:12-cv-04073-GAF-JEM
23 |            Plaintiff,                 | **JOINT STIPULATION RE TIMING OF POST-DISMISSAL MOTION**
24 |      v.                               |
25 | American Broadcasting Companies Inc., et al., |
26 |            Defendants.                |

18484234. 1

Pursuant to Local Rule 7-1, Plaintiff CBS Broadcasting Inc. ("CBS") and Defendants American Broadcasting Companies, Inc., The Walt Disney Company, Disney Enterprises, Inc., ABC, Inc. (dba Disney/ABC Television Group), and Keep Calm and Carry On Productions, Inc., (collectively, "ABC"), by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, on August 17, 2012, CBS filed a voluntary dismissal without prejudice of all claims in this action;

WHEREAS, ABC and CBS are continuing to meet and confer to resolve certain outstanding issues regarding a post-dismissal motion in this matter, and hope to resolve such matters without the need for judicial intervention;

WHEREAS, ABC contends that the 14-day deadline under Federal Rule of Civil Procedure 54 may be applicable, but it has been unable to locate authority as to whether or not the 14-day deadline applies, but wants in any event to ensure that it is preserving its rights to file the applicable post-dismissal motion;

WHEREAS, CBS contends that Federal Rule of Civil Procedure 54 on its face does not appear applicable since no "judgment" has been "entered" in the above-titled action, and CBS therefore reserves all rights with respect to the question of whether any deadline bars ABC's right to file the post-dismissal motion contemplated by ABC as of today's date; and

THEREFORE, ABC and CBS hereby stipulate and request that the Court approve that, should ABC and CBS fail to resolve the pending post-dismissal motion dispute through meeting and conferring, the post-dismissal motion by ABC in this matter shall be filed by September 14, 2012 (with documents filed under seal to be served by hand on that date).  The opposition shall be filed on October 3, 2012 (with documents filed under seal to be served by hand on that date), and the Reply shall be filed on October 22, 2012 (with documents filed under seal to be served by hand on that date).  The matter shall be noticed for hearing on November 5, 2012.

12

18484234.1

DATED: August 31, 2012

          SCOTT A. EDELMAN
          MICHAEL W. SEITZ
          GIBSON, DUNN & CRUTCHER LLP

          By:    */s/ Scott A. Edelman*

          Attorneys for CBS Broadcasting Inc.

          GLENN D. POMERANTZ
          JONATHAN E. ALTMAN
          CAROLYN HOECKER LUEDTKE
          PETER E. GRATZINGER
          MUNGER, TOLLES & OLSON LLP

          By:    */s/ Glenn D. Pomerantz*

          Attorneys for American Broadcasting Companies, Inc., The Walt Disney Company, Disney Enterprises, Inc., ABC, Inc., DPA Disney/ABC Television Group, Keep Calm and Carry On Productions, Inc.

18484234.1