| | |
|---|---|
| 1 | SCOTT A. EDELMAN, SBN 116927 |
| | SEdelman@gibsondunn.com |
| 2 | MICHAEL W. SEITZ, SBN 271136 |
| | MSeitz@gibsondunn.com |
| 3 | GIBSON, DUNN & CRUTCHER LLP |
| | 2029 Century Park East |
| 4 | Los Angeles, CA  90067-3026 |
| | Telephone:  310.552.8500 |
| 5 | Facsimile:   310.551.8741 |
| 6 | Attorneys for Plaintiff, |
| | CBS BROADCASTING INC. |
| 7 | |
| 8 | GLENN D. POMERANTZ (State Bar No. 112503) |
| | Glenn.Pomerantz@mto.com |
| 9 | JONATHAN E. ALTMAN (State Bar No. 170607) |
| | Jonathan.Altman@mto.com |
| 10 | CAROLYN HOECKER LUEDTKE (State Bar No. 207976) |
| | Carolyn.Luedtke@mto.com |
| 11 | PETER E. GRATZINGER (State Bar No. 228764) |
| | Peter.Gratzinger@mto.com |
| 12 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue |
| 13 | Thirty-Fifth Floor |
| | Los Angeles, CA  90071-1560 |
| 14 | Telephone:  (213) 683-9100 |
| | Facsimile:   (213) 687-3702 |
| 15 | Attorneys for Defendants |
| | AMERICAN BROADCASTING COMPANIES, |
| 16 | INC., THE WALT DISNEY COMPANY, DISNEY ENTERPRISES, INC., ABC, |
| | INC., dba DISNEY/ABC TELEVISION GROUP, KEEP CALM AND CARRY ON |
| 17 | PRODUCTIONS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CBS Broadcasting Inc., | | CASE NO. 2:12-cv-04073-GAF-JEM |
| | Plaintiff, | **ORDER RE TIMING OF POST-DISMISSAL MOTION** |
| v. | | |
| American Broadcasting Companies Inc., et al., | | |
| | Defendants. | |

18484253.1

Pursuant to stipulation and for good cause shown, the Court hereby orders that the post-dismissal motion by ABC, which is referenced in the stipulation filed by ABC on August 31, 2012, shall be filed by September 14, 2012 (with documents filed under seal to be served by hand on that date). The opposition shall be filed on October 3, 2012 (with documents filed under seal to be served by hand on that date), and the Reply shall be filed on October 22, 2012 (with documents filed under seal to be served by hand on that date). The matter shall be noticed for hearing on November 5, 2012 at 9:30 a.m..

It is SO ORDERED.

Dated: September 5, 2012        _____

Honorable Gary A. Feess
United States District Court

18484253.1

- 1 -