AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | United States District Court, Central District of California |
| DOCKET NO. | DATE FILED |
| | 5/10/2012 |
| PLAINTIFF | DEFENDANT |
| CBS Broadcasting Inc.<br>CV12-04073 | American Broadcasting Companies, Inc.; Keep Calm and Stay Calm Productions, Inc.; The Walt Disney Company; Disney Enterprises, Inc.; ABC, INC., dba Disney/ABC Television Group; et al.; Corie Henson; Michael O'Sullivan; Kenny Rosen; and DOES 1 to 10, inclusive |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 PA0001761857 | AROUND THE WORLD FOR FREE - Season 2 - Big Brother House Special | CBS Interactive Inc. |
| 2 VA0001792810 | Big Brother 13 (32 Photographs) | CBS Broadcasting Inc. |
| 3 PA999-900 | Big Brother - Episode #001 | Orwell Productions, Inc. |
| 4 PA1-000-462 | Big Brother - Episode #37 | Orwell Productions, Inc. |
| 5 PA1-000-463 | Big Brother - Episode #38 | Orwell Productions, Inc. |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED<br>9/5/12 |
|---|---|---|
| CLERK<br>Terry Nafisi | (BY) DEPUTY CLERK<br>Brent Pacilla | DATE<br>1/30/13 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# ATTACHMENT 1
## To Form AO 121

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| PA1-000-458 | Big Brother – Episode #39 | Orwell Productions, Inc. |
| PA1-000-459 | Big Brother – Episode #40 | Orwell Productions, Inc. |
| PA1-000-465 | Big Brother – Episode #41 | Orwell Productions, Inc. |
| PA1-000-466 | Big Brother – Episode #42 | Orwell Productions, Inc. |
| PA1-000-460 | Big Brother – Episode #43 | Orwell Productions, Inc. |
| PA1-000-461 | Big Brother – Episode #44 | Orwell Productions, Inc. |
| PA1-000-464 | Big Brother – Episode #45 | Orwell Productions, Inc. |
| PA1-000-455 | Big Brother – Episode #46 | Orwell Productions, Inc. |
| PA1-000-456 | Big Brother – Episode #47 | Orwell Productions, Inc. |
| PA1-000-457 | Big Brother – Episode #48 | Orwell Productions, Inc. |
| PA1-000-452 | Big Brother – Episode #49 | Orwell Productions, Inc. |
| PA1-000-453 | Big Brother – Episode #50 | Orwell Productions, Inc. |
| Pau2-721-068 | Big Brother (Episodes 301-333) | Our House Productions |
| Pau2-721-815 | Big Brother (Episodes 201-227, 229 and 230) | Our House Productions |
| PA1-623-978 | Big Brother | Our House Productions, Inc. |
| PA1-636-796 | Big Brother | Our House Productions, Inc. |